## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| FREDDIE CODY, | : | No. 138 EM 2019 |
| Petitioner | : | |
| v. | : | |
| MARK GARMAN, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.